

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00750-CR

Larry **CASTRO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0307A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The trial court appointed Stephen C. Taylor to represent appellant Larry Castro on appeal. Taylor has filed a motion to withdraw on the ground that he has accepted a position as First Assistant District Attorney in the Liberty County District Attorney's office, and he states he is no longer able to represent Castro. We **grant** the motion to withdraw.

We **abate** this appeal and **remand** the case to the trial court. We **order** the trial court to appoint new counsel for Castro no later than **February 3, 2014** and to inform this court in writing of its appointment. The appeal will be reinstated on this court's docket after new counsel is appointed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court